FIDELITY NATIONAL TITLE INSURANCE COMPANY, Plaintiff, v ALT-SHULER SHAHAM PROVIDENT FUNDS LTD., Formerly Known as PERFECT PROVIDENT FUND LTD, Defendant/Third-Party Appellant. JAECKLE FLEISCHMANN & MUGEL LLP, Third-Party Respondent.

PERFECT PROVIDENT FUND LTD, Respondent, v JAECKLE FLEISCH-MANN & MUGEL LLP, Appellant.

Submitted March 16, 2015; decided May 14, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as granted the motion of third-party defendant Jaeckle Fleischmann & Mugel LLP to dismiss the third-party complaint in the New York County action, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

FRONT, INC., Plaintiff, v PHILIP KHALIL et al., Defendants. PHILIP KHALIL, Third-Party Plaintiff-Appellant, v JEFFREY A. KIMMEL et al., Third-Party Defendants-Respondents.

Submitted April 13, 2015; decided May 14, 2015

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 24 NY3d 713 (2015)].

Judges STEIN and FAHEY taking no part.

DARRYL GAITER et al., Respondents, v CITY OF BUFFALO BOARD OF EDUCATION et al., Appellants.

Submitted March 23, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.